# EXHIBIT 1



**New Era**
Life Insurance Companies

New Era Life Insurance Company
New Era Life Insurance Company of the Midwest
Philadelphia American Life Insurance Company

Return mail will be processed by: IBC
PO Box 847 • Holbrook, NY 11741

EXHIBIT 1

EBONY MIDCALF

February 10, 2025

Dear Ebony Midcalf:

New Era Life Insurance Company, New Era Life Insurance Company of the Midwest, Philadelphia American Life Insurance Company, and Life of America Insurance Company are committed to protecting the confidentiality and security of the data we maintain. We are writing to make you aware of a data security incident that may have involved some of your data. This letter explains the incident, measures we have taken, and some steps you may consider taking.

**What Happened?** On December 18, 2024, we identified suspicious activity in our IT network. We immediately initiated our incident response protocols, which included isolating certain systems and beginning an investigation with assistance from a third-party cybersecurity firm. We have also reported the incident to law enforcement. Our investigation determined that an unauthorized person accessed our IT network between December 9, 2024, and December 18, 2024, and, during that time, copied some of our files.

**What Data Was Involved?** We analyzed the data that may have been involved and determined that it may contain your name, address, date of birth, health insurance policy number, and data related to medical diagnosis and/or treatment.

**What We Are Doing.** We wanted to notify you of this incident to assure you that we take this matter very seriously. To help prevent something like this from happening again, we have implemented, and will continue to adopt, additional safeguards and technical security measures to further protect and monitor our systems.

**What You Can Do.** It is always a good idea to carefully review communications you receive from your healthcare providers and health insurers to confirm they are consistent with your expectations. If you see services you did not receive, please contact the provider or insurer immediately.

**For More Information.** We apologize for any concern or inconvenience this incident may cause. If you have questions, please call (888) 686-4412, Monday through Friday between 8:00 a.m. to 6:00 p.m. Central Time, excluding some major U.S. holidays.

Sincerely,

The New Era Life Insurance Companies